IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Tillman, Beverly Jenning

Printed: 7/29/04

Case Number: 04 B 16733
Judge: Hollis, Pamela S
Filed: 4/28/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: July 19, 2004
Confirmed: None

Secured: 100%
Unsecured: 0%

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 4,637.67 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 4,637.67 |
| Totals: | 4,637.67 | 4,637.67 |

KENNETH S. GARDNER, CLERK
PS REP. - KG
FILED JUL 29 2004
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Long Beach Mortgage Co | Secured | 0.00 | 0.00 |
| 2. | Long Beach Mortgage Co | Secured | 17,000.00 | 0.00 |
| 3. | Internal Revenue Service | Priority | 19,835.70 | 0.00 |
| 4. | City Of Chicago Dept Of Revenue | Unsecured | 261.20 | 0.00 |
| 5. | National Auto Finance Inc | Unsecured | 2,065.50 | 0.00 |
| 6. | Internal Revenue Service | Unsecured | 5,587.81 | 0.00 |
| 7. | Peoples Energy Corp | Unsecured | 238.28 | 0.00 |
| 8. | City Of Chicago | Secured |  | No Claim Filed |
| 9. | Robert J Adams & Associates | Priority |  | No Claim Filed |
| 10. | Bally Total Fitness | Unsecured |  | No Claim Filed |
| 11. | Advocate Illinois Masonic | Unsecured |  | No Claim Filed |
| 12. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 13. | Chicago Health Outreach, Inc | Unsecured |  | No Claim Filed |
| 14. | Family Dental Care Center | Unsecured |  | No Claim Filed |
| 15. | IMMC Radiologists, S.C. | Unsecured |  | No Claim Filed |
| 16. | MCI Residential | Unsecured |  | No Claim Filed |
| 17. | Linebarger Goggan Blair & Simpson | Unsecured |  | No Claim Filed |
| 18. | Bry Lane Home | Unsecured |  | No Claim Filed |
| 19. | AAC | Unsecured |  | No Claim Filed |
| 20. | Rush Presbyterian | Unsecured |  | No Claim Filed |
| 21. | Triadvantage Credit Services | Unsecured |  | No Claim Filed |
| 22. | Shaffer & Associates | Unsecured |  | No Claim Filed |
| 23. | Unimed | Unsecured |  | No Claim Filed |
| 24. | Seaway National Bank | Unsecured |  | No Claim Filed |
| 25. | Valentine & Kebartas Inc | Unsecured |  | No Claim Filed |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Tillman, Beverly Jenning | Case Number: 04 B 16733 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 7/29/04 | Filed: 4/28/04 |

$ 44,988.49        $ 0.00

### TRUSTEE FEE DETAIL

Fee Rate        Total Fees

$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_