IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Tillman, Willie C | Case Number: 04 B 16733 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 11/20/07 | Filed: 4/28/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Ch 7 Conversion:  November 16, 2007
Confirmed:  August 16, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 58,306.92 |  |
| Secured: |  | 52,335.70 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,900.00 |
| Trustee Fee: |  | 3,071.22 |
| Other Funds: |  | 0.00 |
| Totals: | 58,306.92 | 58,306.92 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Adams & Associates | Administrative | 2,900.00 | 2,900.00 |
| 2. | City Of Chicago | Secured | 0.00 | 0.00 |
| 3. | Washington Mutual Bank FA | Secured | 44,115.11 | 37,424.98 |
| 4. | Washington Mutual Bank FA | Secured | 18,363.88 | 14,655.44 |
| 5. | City Of Chicago | Secured | 320.00 | 255.28 |
| 6. | Internal Revenue Service | Priority | 19,835.70 | 0.00 |
| 7. | SBC | Unsecured | 52.94 | 0.00 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 261.20 | 0.00 |
| 9. | Peoples Energy Corp | Unsecured | 238.28 | 0.00 |
| 10. | National Auto Finance Inc | Unsecured | 2,065.50 | 0.00 |
| 11. | Internal Revenue Service | Unsecured | 5,587.81 | 0.00 |
| 12. | B-Line LLC | Unsecured | 261.12 | 0.00 |
| 13. | Robert J Adams & Associates | Priority |  | No Claim Filed |
| 14. | Bry Lane Home | Unsecured |  | No Claim Filed |
| 15. | AAC | Unsecured |  | No Claim Filed |
| 16. | Chicago Health Outreach,Inc | Unsecured |  | No Claim Filed |
| 17. | MCI Residential | Unsecured |  | No Claim Filed |
| 18. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 19. | IMMC Radiologists, S.C. | Unsecured |  | No Claim Filed |
| 20. | Advocate Illinois Masonic | Unsecured |  | No Claim Filed |
| 21. | Family Dental Care Center | Unsecured |  | No Claim Filed |
| 22. | Rush Presbyterian St Luke's Hospital | Unsecured |  | No Claim Filed |
| 23. | Shaffer & Associates | Unsecured |  | No Claim Filed |
| 24. | Seaway National Bank | Unsecured |  | No Claim Filed |
| 25. | Valentine & Kebartas Inc | Unsecured |  | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Tillman, Willie C

Printed: 11/20/07

Case Number: 04 B 16733
Judge: Hollis, Pamela S
Filed: 4/28/04

| | | | |
|---|---|---|---|
| 26. | Unimed | Unsecured | No Claim Filed |
| 27. | Triadvantage Credit Services | Unsecured | No Claim Filed |
| 28. | Linebarger Goggan Blair & Simpson | Unsecured | No Claim Filed |

_____    _____
$ 94,001.54    $ 55,235.70

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 1,053.77 |
| 4% | 185.41 |
| 3% | 161.83 |
| 5.5% | 829.66 |
| 5% | 231.20 |
| 4.8% | 463.06 |
| 5.4% | 146.29 |

_____
$ 3,071.22

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_
_____